556

tion for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. M. C. Hammond* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, J. Louis Monarch, John MacC. Hudson,* and *Wm. H. Riley, Jr.,* for respondent.

No. 737. NASH ET AL. *v.* UNITED STATES. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles H. Tuttle* for petitioners. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 740. NEW YORK TRUST CO., TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. DuPratt White* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Francis H. Horan* for respondent.

Nos. 741 and 742. OSAKA SHOSEN KAISHA *v.* HABICHT BRAUN & CO. ET AL. April 11, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George C. Sprague* for petitioner. *Mr. Horace T. Atkins* for respondents.

No. 745. CUTCLIFF *v.* UNITED STATES. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Ap-